# IN THE SUPREME COURT OF THE STATE OF DELAWARE

THERESA BAINES SMITH, and
DEPAUL SMITH,

Plaintiffs Below,
Appellants,

v.

STATE OF DELAWARE,
DEPARTMENT OF SERVICES FOR
CHILDREN, YOUTH AND THEIR
FAMILIES, DELAWARE DIVISION
OF FAMILY SERVICES, JENNIFER
RANJI, VICKY KELLY,

Defendants Below,
Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No.   68, 2017

Court Below: Superior Court of
the State of Delaware

C.A. No.   K15C-11-018

Submitted:   September 20, 2017
Decided:   September 28, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

This 28th day of September 2017, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated August 3, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice